UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AB MAURI FOOD, INC., d/b/a Fleischmann's Yeast, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 4:07CV811-DJS ) |
| JOHN HAROLD, TERRY STRANG and BUSINESS LOGISTICS, INC., | ) ) ) |
| Defendants. | ) |

## JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Counts I and II of plaintiff's petition are dismissed pursuant to Fed.R.Civ.P. 12(b)(6) for failure to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Counts III and IV of plaintiff's petitioner are dismissed without prejudice because the Court declines to exercise supplemental jurisdiction over them pursuant to 28 U.S.C. §1367(c)(3).

Dated this ___27th___ day of March, 2008.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE